# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

### Minutes of Proceedings

**Judge:** Esther Salas          Date: March 16, 2022

Court Reporter: Tammera Witte

Deputy Clerk: Elisaveta Kalluci          Docket # **Cr. 21-812 (ES)**

**Title of Case:**

U.S.A. v. NEHEMIE LEON

**Appearances:**

Kimberly Mitchell, AUSA, for the govt.
John Yauch, AFPD, for the deft.

**Nature of Proceedings:**     TELEPHONE STATUS CONFERENCE

Teleconference on the record.
Defendant's appearance waived by counsel.
Counsel advised the Court that there are working on a resolution of the case.
Status update to be provided to the Court.

Time Commenced:  12:30 p.m.
Time Adjourned:   12:45 p.m.
Total Time: 15 Min.

                                        Elisaveta Kalluci
                                        Courtroom Deputy